| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Debra Ann Parent |
| Debtor 2 (Spouse, if filing) | Laureen Robin Parent |
| United States Bankruptcy Court for the: | Middle District of Tennessee |
| Case number | 17-04640 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 9 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/24/2020

**New total payment:** $ 569.90
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 132.33     New escrow payment: $ 104.05

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 __Debra Ann Parent__   Case number (if known) __17-04640__
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile   Date 08/25/2020
Signature

Print: **D. Anthony Sottile**   Title **Authorized Agent for Creditor**
First Name   Middle Name   Last Name

Company   Sottile & Barile, LLC

Address   394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone   513-444-4100   Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: August 18, 2020

LAUREEN PARENT      Loan:
DEBRA MATTHEWS
C/O JAMES ALAN FLEXER      Property Address:
1900 CHURCH ST STE 400      221 WHITEFIELD LANE
NASHVILLE TN 37203      CARTHAGE, TN 37030

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from June 2020 to Aug 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 24, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 465.85 | 465.85 |
| Escrow Payment: | 132.33 | 104.05 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $598.18 | $569.90 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Aug 24, 2020 |
| Escrow Balance: | 1,135.38 |
| Anticipated Pmts to Escrow: | 132.33 |
| Anticipated Pmts from Escrow (-): | 46.22 |
| Anticipated Escrow Balance: | $1,221.49 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 1,691.55 |
| Jun 2020 | | 114.33 | | | * | | 0.00 | 1,805.88 |
| Jul 2020 | | 132.33 | | | * | | 0.00 | 1,938.21 |
| Jul 2020 | | | | 664.16 | * | Escrow Disbursement | 0.00 | 1,274.05 |
| Aug 2020 | | | | 138.67 | * | Forced Place Insur | 0.00 | 1,135.38 |
| | | | | | | Anticipated Transactions | 0.00 | 1,135.38 |
| Aug 2020 | | 132.33 | | 46.22 | | Forced Place Insur | | 1,221.49 |
| | $0.00 | $378.99 | $0.00 | $849.05 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 0.00. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Case 2:17-bk-04640    Doc 135    Filed 08/25/20    Entered 08/25/20 11:12:58    Desc Main
Document     Page 3 of 7
Page 1

SN Servicing Corporation                                  Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  August 18, 2020

LAUREEN PARENT                                                                                  Loan: 

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,221.49 | 694.01 |
| Sep 2020 | 104.05 | 46.22 | Forced Place Insur | 1,279.32 | 751.84 |
| Oct 2020 | 104.05 | 694.00 | County Tax | 689.37 | 161.89 |
| Oct 2020 | | 46.22 | Forced Place Insur | 643.15 | 115.67 |
| Nov 2020 | 104.05 | 46.22 | Forced Place Insur | 700.98 | 173.50 |
| Dec 2020 | 104.05 | 46.22 | Forced Place Insur | 758.81 | 231.33 |
| Jan 2021 | 104.05 | 46.22 | Forced Place Insur | 816.64 | 289.16 |
| Feb 2021 | 104.05 | 46.22 | Forced Place Insur | 874.47 | 346.99 |
| Mar 2021 | 104.05 | 46.22 | Forced Place Insur | 932.30 | 404.82 |
| Apr 2021 | 104.05 | 46.22 | Forced Place Insur | 990.13 | 462.65 |
| May 2021 | 104.05 | 46.22 | Forced Place Insur | 1,047.96 | 520.48 |
| Jun 2021 | 104.05 | 46.22 | Forced Place Insur | 1,105.79 | 578.31 |
| Jul 2021 | 104.05 | 46.22 | Forced Place Insur | 1,163.62 | 636.14 |
| Aug 2021 | 104.05 | 46.22 | Forced Place Insur | 1,221.45 | 693.97 |
| | $1,248.60 | $1,248.64 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 115.67.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 208.11 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,221.49.  Your starting balance (escrow balance required) according to this analysis should be $694.01.  This means you have a surplus of 527.48.  This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 1,248.64.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 2

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 104.05 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $104.05 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 17-04640 |
| Debra Ann Parent<br>  Aka Debra Matthews<br>Laureen Robin Parent | Chapter 13 |
| Debtors. | Judge Randal S Mashburn |

## CERTIFICATE OF SERVICE

I certify that on August 25, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Rodney Lewis Caldwell, Debtors' Counsel
    cm-ecf@jamesflexerconsumerlaw.com

    Daniel Castagna, Debtors' Counsel
    cm-ecf@jamesflexerconsumerlaw.com

    Henry Edward Hildebrand, III, Chapter 13 Trustee
    hhecf@ch13nsh.com

    Office of the United States Trustee
    ustpregion08.na.ecf@usdoj.gov

I further certify that on August 25, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Debra Ann Parent, Debtor
    221 WHITEFIELD LN
    Carthage, TN 37030

    Laureen Robin Parent, Debtor
    221 WHITEFIELD LN
    Carthage, TN 37030

Dated: August 25, 2020                    /s/ D. Anthony Sottile
                                                                                        D. Anthony Sottile
                                                                                        Authorized Agent for Creditor
                                                                                        Sottile & Barile, LLC
                                                                                        394 Wards Corner Road, Suite 180
                                                                                        Loveland, OH 45140
                                                                                        Phone: 513.444.4100
                                                                                        Email: bankruptcy@sottileandbarile.com